Pro Se 14 (INND Rev. 2/20)                                                                 page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

-FILED-

OCT 1 1 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

James William Gault,
[You are the PLAINTIFF, print your full name on this line.]

v.

Chad Galligan  WPD,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  1:22CV359
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Chad Galligan | Wabash Police Dept 1340 Manchester Ave Wabash In 46992 |
| 2 | [Put the names of any other defendants in these boxes.] Officer Hayes | Wabash Police Dept 1340 Manchester Ave Wabash In 46992 |
| 3 | Detective Mooney | Wabash Police Dept 1340 Manchester Ave Wabash In 46992 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __3__
2. What is the name and address of your prison or jail? __Wabash County Jail 79 West Main Street Wabash In 46992__
3. Did the event you are suing about happen there? ● Yes. ○ No, it happened at: _____
4. On what date did this event occur? __On or around Dec. 28th 2019__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On or around Dec. 28th 2019 While I was incarcerated and a work release participant at Wabash County Jail. A female by the name of Janell Colegrove Thorpe got caught under the camera and by house arrest officers breaking into my moped at the basement of the jail area.

2. The house arrest officers came into the jail at the Work Release Center - Located in the basement of the jail - and woke me up and told me that a female was caught inside of my trunk area of my moped - which was locked and she didnt have permission to be in my vehicle.

3. My moped is a legally registered vehicle that I have to register every year so I can ride it.

4. I had Wabash Police Officers come to the location so I could have Janell arrested. The only officer I know the name of is Chad Galligan. I told them to arrest her and they did not. Reason being they told me she didnt have an arrest record. She was caught red handed, inside my personal vehicle property, with my belongings inside her pockets. But yet they still didnt arrest her.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

5. After the Wabash City Police Department allowed her to leave - unarrested. She went back to my residence and started several fires in my home, Burned my parents cremated ashes. My family has nowhere to grieve for my deceased parents. We have an empty cemetary plot with other family members that was supposed to be there final resting place on their 50th anniversary. But it remains empty.

6. My family has made several reports from Jan 27th 2020 when Janell Colegrove was legally evicted through Judge Tim Roberts at Wabash City Hall. My sister Marie Doan and her husband Gian Doan - had officers meet them at my residence 460 N Comstock St Wabash In 46992.

7. It was then that Officer Hayes went through my home and seen the damages and took pictures, and my sister and her husband made the initial report of our parents ashes missing.

8. On Jan. 31st I was able to meet my sister at the residence and it was then I had officers come to the residence and the officers told me that none of it is their problem.

9. On Feb 13th 2020 I was released on house arrest it was then that I did a Facebook live post (Jimmy Gault) of the damages done to my residence and my parents ashes.

10. Feb 14th 2020 I had court for a restraining order I put on Janell through Judge Vanderpool at Wabash Superior Court. She didnt show up but that was my time to tell

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

the judge that his officers are not doing their jobs. So thats what I did. I poured my heart out to him and it will be in my court transcripts that day. The judge felt bad for me and told me to go to the prosecutors office so I did. They told me to go to the police station, so I did. It was back and forth.

11. I made my report with Detective mooney at WPD and thought something would get done about her breaking into my moped on jail property and I told them to arrest her. Then what she had done inside my residence with several fires trying to burn my house down. The theft of my property. Her Destroying my Deceased parents ashes; my Mother Judy Gault and my Father Bill Gault. Thats desecration of human remains, and my family lives this nightmare everyday. Please Help my Family and get justice served.

12. Then to add insult to injury I said on one of my FB live post that "Wabash Police Department the Judge the prosecutor are all twisted" thinking that would get them to do their job but all it did was make me a target.

13. The Wabash Police Department Set me up to Shut me up. They found a guy hiding in my basement with drugs and charged me for his drugs. Please Help me straighten this all out. I was recently moved from Wabash County Jail to Tipton County Jail.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ○ Before I was confined.
   - ○ While I was confined awaiting trial.
   - ● After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ● No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ● Yes, this event was grievable, but I did not file a grievance because __I wrote a request to WCCC and I ~~placed~~ had officers come to the jail to arrest the female that was caught in my moped (vehicle)__

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   Pay for any and all damages, losses, pain and suffering, wrongful arrest on my behalf by WPD. The maximum penalty for allowing my parents cremated ashes to be desecrated and not doing anything to help me or my family.

[*Initial Each Statement*]
- JG  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- JG  I will keep a copy of this complaint for my records.
- JG  I will promptly notify the court of any change of address.
- JG  I WILL NOT send more than one copy of any filing to the court.
- JG  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- JG  I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on 10 / 4 /20 22 at 8:30 am/**pm**.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_James Gault_                                                      16696
Signature                                                           Prisoner Number

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]